## James Athens, Defendant in Error, v. Alek Glulizch, Plaintiff in Error.

## Gen. No. 17,849.

APPEALS AND ERRORS—*when nothing presented for review.* If the assignments of error only challenge rulings as to the admissibility of evidence, in the absence of a bill of exceptions no questions are saved for review.

Forcible detainer. Error to the Municipal Court of Chicago; the HON. FREDERICK L. FAKE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1909. Affirmed. Opinion filed November 3, 1911.

JOSEPH GRANICK, for plaintiff in error.

CHARLES WERNO, for defendant in error.

MR. PRESIDING JUSTICE BALDWIN delivered the opin-ion of the court.

This cause is before us upon a writ of error to review a judgment in forcible detainer rendered by the Municipal Court of Chicago. The assignments of error challenge the rulings of the court below as to the admissibility of evidence.

The record does not contain any bill of exceptions, so there is nothing before us upon which we could consider the rulings of the court.

Accordingly the judgment will be affirmed.

*Judgment affirmed.*